UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| HOLLY TREE COUNTY CLUB LLC,　§<br>　　Plaintiff,　　　　　　　　　　§<br>　　　　　　　　　　　　　　　　§<br>v.　　　　　　　　　　　　　　§<br>　　　　　　　　　　　　　　　　§<br>CENTRAL MUTUAL INSURANCE　§<br>COMPANY, JHSC ENTERPRISES, LLC §<br>D/B/A JOHN T. PARKER CLAIMS OR §<br>PARKER & ASSOCIATES, LLC, AND §<br>AARON MARTIN,　　　　　　　　§<br>　　Defendants.　　　　　　　　§ | CIVIL ACTION NO. 6:17-cv-00168 |

## DEFENDANT'S DECLARATION THAT OFFER OF SETTLEMENT PROCEDURE MAY BE USED

TO THE HONORABLE COURT:

Pursuant to Texas Civil Practice and Remedies Code Section 42.002(c) and Texas Rule of Civil Procedure 167.2(a), Defendant, Central Mutual Insurance Company ("Central"), files this declaration that the statutory offer of settlement procedure under Chapter 42.001-42.005 of the Texas Civil Practice and Remedies Code and Rule 167 of the Texas Rules of Civil Procedure is invoked and available for use in this case for all monetary claims made by Plaintiff, Hollytree Country Club LLC against Central.

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　S/Russell J. Bowman
　　　　　　　　　　　　　　　　　　　　Russell J. Bowman
　　　　　　　　　　　　　　　　　　　　Texas State Bar No. 02751550
　　　　　　　　　　　　　　　　　　　　800 West Airport Freeway, Suite 860
　　　　　　　　　　　　　　　　　　　　Irving, Texas 75062
　　　　　　　　　　　　　　　　　　　　(214) 922-0220
　　　　　　　　　　　　　　　　　　　　(214) 922-0225 (FAX)
　　　　　　　　　　　　　　　　　　　　ATTORNEY FOR DEFENDANT

CERTIFICATE OF SERVICE

       This is to certify that on April 29, 2018, I electronically filed the foregoing document with the clerk of court for the U. S. District Court, Eastern District of Texas, using the electronic case filing system of the court.  The electronic case filing system sent a "Notice of Electronic Filing" to the following attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means: Chad T. Wilson and Kimberly Blum, attorneys for Plaintiff.

                                                        S/Russell J. Bowman
                                                        Russell J. Bowman