# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| HOLLY TREE COUNTRY CLUB LLC, § § | |
| Plaintiff, § § | CIVIL ACTION NO. 6:17-CV-00168-RWS |
| v. § § | |
| CENTRAL MUTUAL INSURANCE § § COMPANY, § § | |
| Defendant. | |

## FINAL JUDGMENT

In accordance with the Court's Order of Dismissal, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that this case is **DISMISSED WITH PREJUDICE**.

Each party shall bear its own attorneys' fees and costs.

All motions by either party not previously ruled upon are **DENIED**.

The Clerk of the Court is directed to close the case.

**SIGNED this 9th day of July, 2018.**

*/s/ Robert W. Schroeder III*
ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE